IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MAZE, LLC                                                                                              PLAINTIFF

v.                                            No. 6:16-CV-6029

SUZANNE DAVIDSON, ELAINE JONES, BECCA
CLARK, LARRY WILLAMS, RICK RAMICK, and
RANDY FALE, each in their official capacities as
Directors of the City of Hot Springs, Arkansas,
RUTH CARNEY, in her official capacity as Mayor
of the City of Hot Springs, Arkansas, and BILL
BURROUGH, in his capacity as acting City Manager
of the City of Hot Springs, Arkansas, and the CITY
OF HOT SPRINGS, ARKANSAS                                                                DEFENDANTS

## Judgment

For the reasons set forth in the Court's opinion and order filed on this day, IT IS ORDERED AND ADJUDGED that Plaintiff's Equal Protection and Freedom of Information Act claims against Defendants are DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's claims alleging a taking are not ripe for adjudication, and are DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of August, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE